14 13 18
a6 Under New York and federal law, tips paid by customers are the property of employees, and employers are prohibited from taking an employee's tips for any reason. 6

1a
86 It is the restaurant's sole obligation to calculate and remit to the applicable taxing authority the correct amount of sales tax. 17

REPORT # 7 28398178

58
GrubHub Holdings Inc.
111 W. Washington St.
Chicago, IL 60602

9

9 Mapo Tofu 8
14 338 Lexington Avenue 8
8 NEW YORK 7 , 2 NY 6  5 10016 7

1e 1/1/2018-1/31/2018 11:59:00 PM 115

56 41 2a 2d d 27 2e 2c 45 2d 5 d 27 2e 2c 45 2d 5 d 27 2e 2c 45 2d 5 d 27 2e 2c 45 2d 5 d 27 2e 2d
45 2e 5 d 27 2e 2c 45 2d 5 d 27 2e 2c 45 2d 5 7f 33 26 19 19 28

| DATE | ORDER NUMBER | NAME | PRODUCTS 1e | 63 TAX | ADDT'L TAXES | TIP 8 | LOYALTY INCENTIVE | TOTAL | ORDER PROCESSING FEE | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 1 6  3 Jan 6  2 18 2e | a 1889802036 32 | e RYOJIN SAKURAI 3b | 5 $0.00 39 | 5 $0.00 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $0.00 | 5 $0.00 13 | $0.00 |
| 1 2 6  3 Jan 6  2 18 2e | a 1889992427 32 | e Stephanie Tong 3b | 5 $0.00 39 | 5 $0.00 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $0.00 | 5 $0.00 13 | $0.00 |
| 1 2 6  3 Jan 6  2 18 2e | a 1889887447 32 | 9 Ian Chung 3b | 5 $0.00 39 | 5 $0.00 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $0.00 | 5 $0.00 13 | $0.00 |
| 1 2 6  3 Jan 6  2 18 2e | a 1889902892 32 | a David Tsai 3b | 5 $0.00 39 | 5 $0.00 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $0.00 | 5 $0.00 13 | $0.00 |
| 1 2 6  3 Jan 6  2 18 2e | a 1889882951 32 | b Kenny Hoong 3b | 6 $11.95 39 | 5 $1.06 57 | 5 $0.00 39 | 5 $1.75 1f | ($0.00) | $14.76 | 7 ($0.75) 13 | $14.01 |
| 1 3 6  3 Jan 6  2 18 2e | a 1889957691 32 | 10 Jenine Schlanger 3b | 5 $0.00 39 | 5 $0.00 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $0.00 | 5 $0.00 13 | $0.00 |
| 1 4 6  3 Jan 6  2 18 2e | a 1890637299 32 | 8 D. Ueda 3b | 5 $0.00 39 | 5 $0.00 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $0.00 | 5 $0.00 13 | $0.00 |
| | | **Total** | 6 $11.95 2e | 5 $1.06 38 | 5 $0.00 21 | 5 $1.75 22 | 5 $0.00 30 | 6 $14.76 28 | 7 ($0.75) c | 6 $14.01 c |

7b 2b 30 3a 14 34 12 15 15 e 24

| | ELIGIBLE 8 DISCOUNT 26 AMOUNT | | |
|---|---|---|---|
| Product | Delivery Fee | Loyalty Incentive | Eligible 8 Discount 12 Amount |
| 6 $11.95 f | 5 $0.00 f | 5 $0.00 f | 6 $11.95 b |

80
1d 2c 33 8d



| | ELIGIBLE 8 DISCOUNT 55 AMOUNT | | |
|---|---|---|---|
| | Amount | Percent | Effective 8 Discount f Rate: 6 15.00% 8 |
| Range | 14 $0.00 to $500,000.00 | 4 7 15.00 % 3a | |

11 d 7 7

| 8 DISCOUNT 44 AMOUNT CALCULATION | |
|---|---|
| Effective 8 Discount 10 Rate | Total 8 Discount 17 |
| 6 $11.95 1 @ 6 15.00% a | 5 $1.79 2f |

97

| BALANCE DUE | |
|---|---|
| b Grand Total 3 - 8 Discount 2 s 60 + Adjustments = | Balance Due |
| 6 $14.01 8 - $1.79 6 + 5 $0.00 14 = | 6 $12.22 112 |

| DATE | ORDER NUMBER | NAME | PRODUCTS 1c | 63 TAX | ADDT'L TAXES | TIP 8 | LOYALTY INCENTIVE | TOTAL | ORDER PROCESSING FEE | GRAND TOTA |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 28 6  3 Nov 6  2 17 2e a 1882286174 32 | d Matthew Brown 3b | 5 $9.95 39 | 5 $0.88 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $12.83 | 7 ($0.69) 13 | $12.14 |
| 2 28 6  3 Nov 6  2 17 2e a 1882217901 32 | c Brion Dinges 3b | 6 $29.85 39 | 5 $2.65 57 | 5 $0.00 39 | 5 $3.00 1f | ($0.00) | $35.50 | 7 ($1.38) 13 | $34.12 |
| 2 28 6  3 Nov 6  2 17 2e a 1882304167 32 | c Guy Nussbaum 3b | 6 $71.50 39 | 5 $6.35 57 | 5 $0.00 39 | 5 $7.25 1f | ($0.00) | $85.10 | 7 ($2.90) 13 | $82.20 |
| 2 28 6  3 Nov 6  2 17 2e a 1882314180 32 | c Stephen Wood 3b | 6 $10.95 39 | 5 $0.97 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $13.92 | 7 ($0.72) 13 | $13.20 |
| 2 28 6  3 Nov 6  2 17 2e a 1882321492 32 | f Fitzberg Mensah 3b | 5 $8.95 39 | 5 $0.79 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $9.74 | 7 ($0.60) 13 | $9.14 |
| 2 28 6  3 Nov 6  2 17 2e a 1882352562 32 | d Fiona Malcolm 3b | 6 $17.95 39 | 5 $1.59 57 | 5 $0.00 39 | 5 $4.00 1f | ($0.00) | $23.54 | 7 ($1.02) 13 | $22.52 |
| 2 28 6  3 Nov 6  2 17 2e a 1882354182 32 | a Ana Mojica 3b | 6 $10.95 39 | 5 $0.97 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $11.92 | 7 ($0.66) 13 | $11.26 |
| 2 28 6  3 Nov 6  2 17 2e a 1882403497 32 | d CHARLES TUDOR 3b | 6 $19.90 39 | 5 $1.77 57 | 5 $0.00 39 | 5 $3.25 1f | ($0.00) | $24.92 | 7 ($1.06) 13 | $23.86 |
| 2 28 6  3 Nov 6  2 17 2e a 1882397214 32 | f Hoi Chau Cheung 3b | 6 $28.80 39 | 5 $2.56 57 | 5 $0.00 39 | 5 $3.00 1f | ($0.00) | $34.36 | 7 ($1.35) 13 | $33.01 |
| 2 28 6  3 Nov 6  2 17 2e a 1882480131 32 | b Jingzhi Dai 3b | 6 $17.90 39 | 5 $1.59 57 | 5 $0.00 39 | 5 $3.50 1f | ($0.00) | $22.99 | 7 ($1.00) 13 | $21.99 |
| 2 28 6  3 Nov 6  2 17 2e a 1882491190 32 | b YANGBING LI 3b | 6 $20.85 39 | 5 $1.85 57 | 5 $0.00 39 | 5 $2.25 1f | ($0.00) | $24.95 | 7 ($1.06) 13 | $23.89 |
| 2 28 6  3 Nov 6  2 17 2e a 1882441302 32 | f JINGWEN J ZHENG 3b | 6 $20.90 39 | 5 $1.85 57 | 5 $0.00 39 | 5 $2.25 1f | ($0.00) | $25.00 | 7 ($1.06) 13 | $23.94 |
| 2 28 6  3 Nov 6  2 17 2e a 1882538046 32 | 10 Eren Tiryakioglu 3b | 6 $40.85 39 | 5 $3.63 57 | 5 $0.00 39 | 5 $5.50 1f | ($0.00) | $49.98 | 7 ($1.82) 13 | $48.16 |
| 2 29 6  3 Nov 6  2 17 2e a 1882704444 32 | b Alex Panici 3b | 6 $28.85 39 | 5 $2.56 57 | 5 $0.00 39 | 5 $3.00 1f | ($0.00) | $34.41 | 7 ($1.35) 13 | $33.06 |
| 2 29 6  3 Nov 6  2 17 2e a 1882741996 32 | 9 Derek Liu 3b | 6 $12.20 39 | 5 $1.08 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $15.28 | 7 ($0.77) 13 | $14.51 |
| 2 29 6  3 Nov 6  2 17 2e a 1882743839 32 | 14 Chatterpaul Biraspat 3b | 6 $25.85 39 | 5 $2.29 57 | 5 $0.00 39 | 5 $2.75 1f | ($0.00) | $30.89 | 7 ($1.24) 13 | $29.65 |
| 2 29 6  3 Nov 6  2 17 2e a 1882748346 32 | 9 Zhuolu Xu 3b | 5 $9.95 39 | 5 $0.88 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $10.83 | 7 ($0.63) 13 | $10.20 |
| 2 29 6  3 Nov 6  2 17 2e a 1882754106 32 | 7 Lien Ma 3b | 6 $18.90 39 | 5 $1.68 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $22.58 | 7 ($0.99) 13 | $21.59 |
| 2 29 6  3 Nov 6  2 17 2e a 1882754707 32 | a Moh jalloh 3b | 5 $8.95 39 | 5 $0.79 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $11.74 | 7 ($0.66) 13 | $11.08 |
| 2 29 6  3 Nov 6  2 17 2e a 1882829154 32 | a Sarah Jeng 3b | 6 $22.90 39 | 5 $2.03 57 | 5 $0.00 39 | 5 $2.50 1f | ($0.00) | $27.43 | 7 ($1.14) 13 | $26.29 |
| 2 29 6  3 Nov 6  2 17 2e a 1882874553 32 | c Jenny Jordan 3b | 6 $24.90 39 | 5 $2.21 57 | 5 $0.00 39 | 5 $2.50 1f | ($0.00) | $29.61 | 7 ($1.20) 13 | $28.41 |
| 2 29 6  3 Nov 6  2 17 2e a 1882890752 32 | 9 Sarah Lam 3b | 6 $10.95 39 | 5 $0.97 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $11.92 | 7 ($0.66) 13 | $11.26 |
| 2 29 6  3 Nov 6  2 17 2e a 1882913867 32 | a Athena Jin Xie 3b | 6 $22.90 39 | 5 $2.03 57 | 5 $0.00 39 | 5 $0.00 1f | ($0.00) | $24.93 | 7 ($1.06) 13 | $23.87 |
| 2 29 6  3 Nov 6  2 17 2e a 1882919513 32 | c DEREK BECKER 3b | 6 $20.90 39 | 5 $1.85 57 | 5 $0.00 39 | 5 $2.25 1f | ($0.00) | $25.00 | 7 ($1.06) 13 | $23.94 |
| | **Total** | 9 $7,159.80 2e | 7 $635.14 38 | 5 $0.00 21 | 7 $827.00 22 | 5 $0.00 30 | $8,621.94 28 | 9 ($351.22) c | 9 $8,270.72 |

7b 2b 30 3a 14 34 12 15 15 e 24

| ELIGIBLE 8 DISCOUNT 26 AMOUNT | | | |
|---|---|---|---|
| Product | Delivery Fee | Loyalty Incentive | Eligible 8 Discount 12 Amount |
| 9 $7,159.80 f | $0.00 f | 5 $0.00 f | 9 $7,159.80 b |

80
1d 2c 33 8d

| ELIGIBLE 8 DISCOUNT 55 AMOUNT | | |
|---|---|---|
| Amount | Percent | Effective 8 Discount f Rate: 6 15.00% 8 |
| Range 14 $0.00 to $500,000.00 d | 7 15.00 % 3a | |



11 d 7 7

| 8 DISCOUNT 44 AMOUNT CALCULATION | |
|---|---|
| Effective 8 Discount 10 Rate | Total 8 Discount 17 |
| 9 $7,159.80 1 @ 6 15.00% a | 9 $1,073.97 2f |

d9 13 21

| ADJUSTMENTS | |
|---|---|
| Description | Amount |
| 25 Delivered but Not Received 1877859369 10 | 6 $19.90 e |

97

| BALANCE DUE | |
|---|---|
| b Grand Total 3 - 8 Discount 2 s 60 + Adjustments = | Balance Due |
| 9 $8,270.72 c - $1,073.97 6 + 6 $19.90 14 = | 9 $7,216.65 112 |

| PREVIOUS INVOICE AMOUNT | |
|---|---|

| DATE | ORDER NUMBER | NAME | PRODUCTS 1c | 63 TAX | ADDT'L TAXES | TIP 8 | LOYALTY INCENTIVE | TOTAL | ORDER PROCESSING FEE | GRAND TOTA |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 30 6   3 Aug 6   2 17 2e | a 1857335694 32 | d DONGYING DUAN 3b | 6 $20.90 39 | 5 $1.85 57 | 5 $0.00 39 | 5 $2.25 1f | ($0.00) | $25.00 | 7 ($1.06) 13 | $23.94 |
| 2 30 6   3 Aug 6   2 17 2e | a 1857337792 32 | e KASHIF MUSTAFA 3b | 6 $20.40 39 | 5 $1.81 57 | 5 $0.00 39 | 5 $2.25 1f | ($0.00) | $24.46 | 7 ($1.05) 13 | $23.41 |
| 2 30 6   3 Aug 6   2 17 2e | a 1857350260 32 | 18 Simran Rajesh Devidasani 3b | 6 $38.85 39 | 5 $3.45 57 | 5 $0.00 39 | 5 $4.00 1f | ($0.00) | $46.30 | 7 ($1.71) 13 | $44.59 |
| 2 30 6   3 Aug 6   2 17 2e | a 1857359380 32 | a James Lee 3b | 6 $20.90 39 | 5 $1.85 57 | 5 $0.00 39 | 5 $2.25 1f | ($0.00) | $25.00 | 7 ($1.06) 13 | $23.94 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857526080 32 | c Guy Nussbaum 3b | 6 $19.90 39 | 5 $1.77 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $23.67 | 7 ($1.02) 13 | $22.65 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857492367 32 | e Jonathan Bauer 3b | 6 $14.90 39 | 5 $1.32 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $18.22 | 7 ($0.86) 13 | $17.36 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857582208 32 | 9 Cindy Wei 3b | 6 $10.95 39 | 5 $0.97 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $13.92 | 7 ($0.72) 13 | $13.20 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857612221 32 | 6 Wei Du 3b | 6 $24.90 39 | 5 $2.21 57 | 5 $0.00 39 | 5 $2.00 1f | ($0.00) | $29.11 | 7 ($1.19) 13 | $27.92 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857618154 32 | 8 Vicky Li 3b | 7 $105.60 39 | 5 $9.37 57 | 5 $0.00 39 | 6 $10.00 1f | ($0.00) | $124.97 | 7 ($4.11) 13 | $120.86 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857628090 32 | 8 Shawn Ng 3b | 6 $24.90 39 | 5 $2.21 57 | 5 $0.00 39 | 5 $2.50 1f | ($0.00) | $29.61 | 7 ($1.20) 13 | $28.41 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857616657 32 | a Jason Shih 3b | 6 $20.90 39 | 5 $1.85 57 | 5 $0.00 39 | 5 $2.25 1f | ($0.00) | $25.00 | 7 ($1.06) 13 | $23.94 |
| 2 31 6   3 Aug 6   2 17 2e | a 1857695159 32 | a James Lee 3b | 6 $12.95 39 | 5 $1.15 57 | 5 $0.00 39 | 5 $3.00 1f | ($0.00) | $17.10 | 7 ($0.82) 13 | $16.28 |
| | | Total | 9 $7,823.10 2e | 7 $692.47 38 | 5 $0.00 21 | 7 $922.18 22 | 5 $0.00 30 | 9 $9,437.75 28 | 9 ($388.02) c | 9 $9,049.73 |

7b 2b 30 3a 14 34 12 15 15 e 24

| ELIGIBLE 8 DISCOUNT 26 AMOUNT | | | |
|---|---|---|---|
| Product | Delivery Fee | Loyalty Incentive | Eligible 8 Discount 12 Amount |
| 9 $7,823.10 f | 5 $0.00 f | 5 $0.00 f | 9 $7,823.10 b |

80
1d 2c 33 8d

| ELIGIBLE 8 DISCOUNT 55 AMOUNT | | |
|---|---|---|
| | Amount | Percent | Effective 8 Discount f Rate: 6 15.00% 8 |
| Range | 14 $0.00 to $500,000.00 | 4 7 15.00 % 3a | |



11 d 7 7

| 8 DISCOUNT 44 AMOUNT CALCULATION | |
|---|---|
| Effective 8 Discount 10 Rate | Total 8 Discount 17 |
| 9 $7,823.10 1 @ 6 15.00% a | 9 $1,173.47 2f |

97

| BALANCE DUE | |
|---|---|
| b Grand Total 3 - 8 Discount 2 x 60 + Adjustments = | Balance Due |
| 9 $9,049.73 e - $1,173.47 6 + 5 $0.00 14 = | 9 $7,876.26 112 |

| PREVIOUS INVOICE AMOUNT | |
|---|---|
| Amount | 9 $6,805.85 3a |

0

# UNIVERSAL PROCESSING, LLC

P.O. BOX 246
ALPHARETTA, GA 30009-0246

## YOUR CARD PROCESSING STATEMENT



3499 2 AB 0.400
003499/000001/739127/C3SPLT12MDG001/3500/0000/036295 017 01 000000
MAPO TOFU FOOD CORP
338 LEXINGTON AVE FRNT 1
NEW YORK NY 10016-0937

Location:
   Mapo Tofu
   338 LEXINGTON AVE
   NEW YORK NY 10016-0937

An overview of account activity for the statement period.

| Page | 5 | **Amount Submitted** | $92,425.67 |
|---|---|---|---|
| Page | 5 | **Third Party Transactions** | 0.00 |
| Page | 5 | **Adjustments/Chargebacks** | 0.00 |
| Page | 6 | **Fees Charged** | -$2,761.63 |

**Total Amount Funded to Your Bank**     **$89,664.04**

See page 2 for Key Definition of Terms

(Amount Submitted - Third Party) + Adjustments + Chargebacks + Fees Charged = Amount Funded

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

