```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YAOXING XU, *individually and on behalf of all other employees similarly situated*,

                                  Plaintiff,          1:17-cv-09087-GHW

-against-                            ORDER

MAPO TOFU FOOD CORP, *et al.*,

                                 Defendants.
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      For the reasons set forth on the record during the telephone conference held on June 28, 2018, Defendants' motion for summary judgment is denied.

      In addition, as discussed during the June 28, 2018 telephone conference, the parties are directed to confer and provide to the Court complete and correct versions of the proposed Notice of Pendency and Consent to Sue forms. The parties are directed to submit their proposed Notice of Pendency and Consent to Sue forms no later than July 12, 2018, together with a joint letter setting forth the parties' views regarding the distribution and posting of the forms, and outlining any disputes they may have, including any disputes regarding the proposed recipients of the forms.

      The Clerk of Court is directed to close the motions pending at Dkt. Nos. 42 and 44.

      SO ORDERED.

Dated: June 28, 2018
New York, New York

                                                                         GREGORY H. WOODS
                                                           United States District Judge