```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YAOXING XU, *individually and on behalf of all other employees similarly situated*,

                                    Plaintiff,

-against-

MAPO TOFU FOOD CORP, *et al.*,

                                    Defendants
-----------------------------------------------------------------X

1:17-cv-09087-GHW

JUDGMENT

GREGORY H. WOODS, United States District Judge:

## JUDGMENT

The Complaint in this case was filed on November 20, 2017. Dkt. No. 1. A jury trial commenced on June 24, 2019. On June 28, 2019, the jury returned a verdict in favor of Plaintiff against Defendants Mapo Tofu Food Corp., d/b/a Mapo Tofu, Jun Zeng, and Kailan Feng. Dkt. No. 127.

On July 31, 2019, the Court held a teleconference to share its calculation of the damages with the parties. *See* Dkt. No. 149. During the teleconference, both Plaintiff and Defendants agreed with the Court's damages calculation.[1] On July 19, 2019, Plaintiff submitted his application for attorneys' fees. Dkt. Nos. 141-43. Defendants filed their opposition on July 27, 2019. Dkt. No. 141. On July 31, 2019, the Court, having reviewed Plaintiff's application for fees and costs, approved an award of $73,705.50 in fees and $9,194.99 in costs. Accordingly, it is:

---

1 Defendants reserved for a possible challenge of the jury's finding of willfulness, which would affect the amount of liquidated damages, but not its calculation in light of the jury's findings.

ORDERED, ADJUDGED AND DECREED:  That Plaintiff Yaoxing Xu have judgment jointly and severally against Defendants Mapo Tofu Food Corp., d/b/a Mapo Tofu, Jun Zeng, and Kailan Feng in the amount of $54,966.77, consisting of (A) compensatory damages for failure to pay the applicable minimum wage in the amount of $18,659.90; (B) liquidated damages for failure to pay the applicable minimum wage under the New York Labor Law in the amount of $18,659.90; (C) compensatory damages for failure to pay spread of hours pay in the amount of $364.00; (D) liquidated damages for failure to pay spread of hours pay in the amount of $364.00; (E) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000; and (F) pre-judgment interest calculated at the rate of 9% per annum and totaling $6,918.97.

ORDERED, ADJUDGED AND DECREED:  That Plaintiff Yaoxing Xu be awarded attorney fees against Defendants Mapo Tofu Food Corp., d/b/a Mapo Tofu, Jun Zeng, and Kailan Feng jointly and severally in the amount of $73,705.50 and costs in the amount of $9,194.89.

ORDERED:  That Plaintiff be awarded post judgment interest, as calculated under 28 U.S.C. § 1961.  If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by New York Labor Law § 198(4).

ORDERED:  That the Judgment rendered by the Court on this day in favor of Plaintiff be entered as a final judgment against Defendants Mapo Tofu Food Corp., d/b/a Mapo Tofu, Jun Zeng, and Kailan Feng jointly and severally in the total amount of $137,867.16, as described above.

The Clerk of Court is directed to enter judgment, and to close this case.

SO ORDERED.

Dated:  August 1, 2019  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge